# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 107.142.43.1,<br><br>                    Defendant. | Case Number: 4:26-cv-00122-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S REVISED *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

THIS CAUSE came before the Court upon Plaintiff's revised *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for April 7, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 21, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for April 7, 2026 is continued to July 28, 2026 at 2:00 p.m. The zoom information and instructions remain the same as previously provided in docket no. 6. All attorneys and pro se litigants appearing are required to join at least 15 minutes before the hearing to check-in with the CRD.

**DONE AND ORDERED**.

Dated:   4/2/2026

By: *[signature]* Haywood S. Gilliam, Jr.
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

Order on Revised *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 4:26-cv-00122-HSG